UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| MARK D. LONG, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-416-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

**\*\*\*   \*\*\*   \*\*\*   \*\*\***

This matter is pending for consideration of the Joint Stipulation of Dismissal Without Prejudice filed by Plaintiff Mark D. Long and Defendant Wells Fargo Bank, N.A.  [Record No. 8]  Being sufficiently advised, it is hereby

**ORDERED** as follows:

1.      All claims brought by Plaintiff Mark D. Long against Defendant Wells Fargo Bank, N.A., are **DISMISSED WITHOUT PREJUDICE**.

2.      The parties shall bear their respective costs, expenses, and attorney's fees.

3.      This action is **STRICKEN** from the Court's docket.

This 18th day of December, 2017.



Signed By:
*Danny C. Reeves* DCR
United States District Judge

- 1 -